PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Brandon Watts**                                                         Docket No. **19-804**

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW ADRIENNE K. SMITH PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Brandon Watts**, who was placed under pretrial release supervision by the **HONORABLE DOUGLAS E. ARPERT** sitting in the Court at **Trenton, New Jersey**, on **September 26, 2019**, under the following conditions:

1. $100,000 unsecured appearance bond
2. Report to Pretrial Services as directed
3. The defendant shall not attempt to influence, intimidate or injure any juror or judicial officer
4. Travel restricted to the District of New Jersey unless otherwise approved by Pretrial Services
5. Surrender all passports/ Do not obtain a new passport
6. Substance abuse testing/treatment
7. Mental health testing/treatment as directed by Pretrial Services
8. Maintain current residence or a residence approved by Pretrial Services
9. Maintain or actively seek employment and/or commence an education program
10. Have no contact with the following individuals: victims or witnesses
11. No contact with co-defendants unless in the presence of Counsel
12. Seek or maintain employment

On December 13, 2019 a violation memo was submitted to Your Honor to advise that the defendant tested positive for marijuana and opiates. The defendant admitted to using marijuana and oxycodone and advised he could discontinue usage on his own. No further action was taken at this time.

On January 16, 2020 the defendant appeared before the Honorable Ann Thompson for an arraignment on a superseding indictment. He was released on the same conditions of release previously set. It should be noted the defendant was instructed to report for a drug test prior to the hearing and failed to report to Pretrial Services as directed.

On March 13, 2020 a violation memo was submitted to Your Honor to advise that a noncompliance meeting was held to address the defendant's lack of reporting to Pretrial Services as directed, his refusal to report a current home address to Pretrial Services and testing positive for marijuana. This memo noted the defendant tested positive for marijuana and other substances a total of three times while on supervision. At the conclusion of this meeting, the defendant submitted to a drug

test which yielded positive for marijuana. He initially denied smoking, but eventually admitted to smoking marijuana on February 14, 2020.

On April 21, 2020 a bail review hearing was held before Your Honor to address the defendant's continued noncompliance. Bail was continued as previously set with the additional condition that the defendant resolve all active warrants. The defendant was urged to comply with his reporting instructions and conditions of release.

On July 1, 2020 the defendant appeared before Your Honor for a bail review hearing to address his noncompliance on supervision. The defendant's mother, Zina Watts was appointed as a third-party custodian and the defendant was permitted to relocate to Texas to reside with his mother. The defendant's travel was extended to the District of Texas. The defendant was urged to comply with his conditions of release.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a bail review hearing.**

**Ordered hearing scheduled for January 5, 2021 at 12:00pm via Zoom.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this  23rd  day of  December ,  2020  and ordered filed and made a part of the records in the above case. | Executed on            ___November 24, 2020_____ |
| ___s/DOUGLAS E. ARPERT____<br>Honorable Douglas E. Arpert<br>U.S. Magistrate Judge | _____<br>ADRIENNE K. SMITH<br>Senior U.S. Pretrial Services Officer |