| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : UNITED STATES DISTRICT COURT |
| Plaintiff, | : DISTRICT OF NEW JERSEY |
| | : |
| v. | : Crim. No. 19-804-15 (AET) |
| | : |
| BRANDON WATTS, | : **ORDER** |
| | : |
| Defendant. | : |

**THIS MATTER** comes before the Court on a Petition for Action on Conditions of Pretrial Release. (See dkt. no. 433)

**IT IS** on this 5th day of January, 2021

**ORDERED THAT** the conditions of Defendant's pretrial release be amended to include Home Detention for 30 days, with electronic monitoring to include SmartLink, with exceptions for the following: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; or other activities as pre-approved by U.S. Pretrial Services. The defendant shall pay all or part of the cost of the monitoring, based on ability to pay as determined by Pretrial Services.

All further conditions remain the same as previously imposed.

_____
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**